# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CALOVE,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　Defendant(s). | Case No. 2:14-cv-01329-JAD-NJK<br><br>ORDER |

　　　　This matter is before the Court on the failure of Defendant to file a Certificate of Interested Parties.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c)  requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.  To date, Defendant has failed to comply.

//

//

//

//

Accordingly, **IT IS ORDERED** that Defendant shall file a Certificate of Interested Parties, which fully complies with LR 7.1-1, **no later than 4:00 p.m., November 5, 2014.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED: October 30, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge