# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CALOVE, ) <br> ) <br> Plaintiff(s),  ) <br> ) <br> vs.  ) <br> ) <br> NATIONSTAR MORTGAGE, LLC, ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:14-cv-01329-JAD-NJK <br><br> ORDER GRANTING MOTION TO STAY DISCOVERY <br><br> (Docket No. 31) |

Pending before the Court is Defendant's motion to stay discovery pending resolution of its motion to dismiss. *See* Docket No. 31; *see also* Docket No. 21 (motion to dismiss). The motion to stay was filed on filed on January 5, 2015, but Plaintiff has failed to file a response to date. The Court finds this matter appropriately resolved without oral argument. *See* Local Rule 78-2. For the reasons discussed below, the Court hereby **GRANTS** the motion to stay discovery.

"The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). The case law in this District makes clear that requests to stay all discovery may be granted when: (1) the pending motion is potentially case-dispositive; (2) the potentially dispositive motion can be decided without additional discovery; and (3) the Court has taken a "preliminary peek" at the merits of the motion and is convinced that the plaintiff will be unable to state a claim for relief. *See, e.g.*, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013).

The Court finds these factors are present here.  First, the motion to dismiss is potentially case-dispositive as it challenges all pending claims.  Second, the motion to dismiss can be decided without additional discovery.  Third, the Court has taken a preliminary peek at the merits of the motion to dismiss and believes it will be granted.[1]

Accordingly, the motion to stay discovery is hereby **GRANTED**.  In the event that the motion to dismiss is not granted in full, the parties shall file a joint proposed discovery within 14 days of the issuance of the order resolving the motion to dismiss.

IT IS SO ORDERED.

DATED: January 28, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Conducting this preliminary peek puts the undersigned in an awkward position because the assigned district judge who will decide the motion to dismiss may have a different view of its merits. *See Tradebay*, 278 F.R.D. at 603.  The undersigned's "preliminary peek" at the merits of that motion is not intended to prejudice its outcome.  *See id.*