# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CALOVE, ) | |
|         Plaintiff(s), ) | Case No. 2:14-cv-01329-JAD-NJK |
| vs. ) | ORDER |
| NATIONSTAR MORTGAGE, LLC, ) | |
|         Defendant(s). ) | (Docket Nos. 33, 34) |

Pending before the Court is Defendant's motion to strike Plaintiff's untimely opposition to its motion to stay discovery. Docket No. 34. The opposition brief was filed after the Court had already granted the motion to stay discovery. *See* Docket No. 33 (filed February 18, 2015); *see also* Docket No. 32 (order granting motion to stay discovery, filed on January 28, 2015). In the opposition brief, Plaintiff asserts that she did not receive the motion. *See* Docket No. 33 at 2. The Court must construe *pro se* filings broadly. *E.g.*, *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013). In light of the circumstances, the Court construes the belated opposition as a motion for reconsideration.

The Court has reviewed the motion for reconsideration and, even reconsidering its prior order *de novo*, finds that Plaintiff's position lacks merit. Accordingly, Plaintiff's motion for reconsideration (Docket No. 33) is hereby DENIED and Defendant's motion to strike (Docket No. 34) is hereby DENIED as moot.

IT IS SO ORDERED.

DATED: March 2, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge