UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CALOVE,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　Defendant(s). | Case No. 2:14-cv-01329-JAD-NJK<br><br>ORDER |

It appears to the Court that Plaintiff has moved. *Compare* Docket No. 1 at 1 (address as of August 14, 2014) *with* Docket No. 33 (providing new address). In light of the captions provided by Plaintiff, the Clerk's Office has updated Plaintiff's address on the docket. Nonetheless, to ensure that the Court and opposing counsel have Plaintiff's current address, Plaintiff is hereby ORDERED to file a notice of change of address providing her current address no later than March 16, 2015. The failure to comply with this order will result in an order to show cause why sanctions should not be imposed.

　　　IT IS SO ORDERED.

　　　DATED: March 2, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge