UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARINA CALOVE,<br>    Plaintiff(s),<br>vs.<br>NATIONSTAR MORTGAGE, LLC,<br>    Defendant(s). | Case No. 2:14-cv-01329-JAD-NJK<br><br>ORDER<br><br>(Docket No. 38) |

  Pending before the Court is Plaintiff's motion for the undersigned to reconsider the order staying discovery pending resolution of Defendant's motion to dismiss. *See* Docket No. 38. The motion to reconsider is hereby DENIED. *See* Docket No. 36 (order construing previous filing by Plaintiff as a motion to reconsider, and denying it).

  IT IS SO ORDERED.

  DATED: March 5, 2015

                _____
                NANCY J. KOPPE
                United States Magistrate Judge